1010

[No. 72728-1-I. Division One. March 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LELAND ALFRED JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12957-1, Monica J. Benton, J., entered October 24, 2014. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Appelwick and Leach, JJ.

[No. 73702-3-I. Division One. March 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES JACKSON II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-06844-8, John H. Chun, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 73736-8-I. Division One. March 13, 2017.]

*In the Matter of the Marriage of* GUADALUPE GALINDO-TOVAR, *Appellant*, and CHRISTOPHER JAMES TAFOYA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-02524-0, Veronica Alicea Galván, J., entered June 8, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Mann, J.

[No. 73824-1-I. Division One. March 13, 2017.]

*In the Matter of the Marriage of* JESSE FINKEN, *Appellant*, and BRIANNE FINKEN, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-3-00814-1, George N. Bowden, J., entered July 7, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Appelwick and Schindler, JJ.